HILL, Senior Circuit Judge,
specially concurring:
We have, here, undertaken to lay down controlling law to govern further proceedings in some one hundred or more litigations. I am persuaded that the opinion now prepared for us by Judge Howard is the correct resolution of this task.
We have followed the channel markers and beacons as well as we ascertain them to be, but between The Harrisburg, Moragne, and Yamaha, and interstitially open between the Death on the High Seas Act and the Jones Act, there are some unchartered waters.
Under such circumstances, the MW Mauvilla took a wrong turn into Big Bayou Ca-not. Its skipper should have kept it in the Mobile River.
We trust that we have not made a similar wrong turn. We do not wish to steer one hundred cases into unmarked obstructions. Being persuaded that we have not done so, I am pleased to concur.